UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


**CHARLES E. LINDHOLM,**

                                   **CASE NO. 3:18-cv-00403-BJD-PDB**

      **Plaintiff,**

**v.**

**NEW PENN FINANCIAL, LLC d/b/a
SHELLPOINT MORTGAGE SERVICING,**

      **Defendants.**
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, plaintiff Charles E. Lindholm and defendant New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing hereby give notice that the parties have agreed to resolution of all claims in this lawsuit without mediation, pending the execution of a confidential settlement agreement.  The parties anticipate a voluntary dismissal with prejudice.

*Wherefore*, the parties respectfully request that the Court stay this action and retain jurisdiction for sixty (60) days so that that parties can complete settlement.

Respectfully submitted,

| | |
|---|---|
| **AKERMAN LLP** | **LAW OFFICES OF FRED TROMBERG** |
| */s/ David M. Applegate* | /s/ *Antoinette Burgess* |
| Justin E. Hekkanen, Fla. Bar No. 33712 | Antoinette Burgess, Fla. Bar No. 0059241 |
| E-mail:  justin.hekkanen@akerman.com; | E-mail: aburgess@tromberglaw.com; |
| nicole.frierson@akerman.com | mtisdell@tromberglaw.com |
| David M. Applegate, Fla. Bar No. 0028804 | 4925 Beach Boulevard |
| E-mail:  david.applegate@akerman.com; | Jacksonville, FL 32207 |
| emory.woodard@akerman.com | 904-396-5321 (ph) / 904-396-5730 (fax) |
| 50 North Laura Street, Suite 3100 | |
| Jacksonville, FL  32202-3646 | *Counsel for Plaintiff* |
| 904-798-3700 (ph) / 904-798-3730 (fax) | |

*Counsel for New Penn Financial, LLC
d/b/a Shellpoint Mortgage Servicing*

47449641;1

2

## CERTIFICATE OF SERVICE

I hereby certify that, on April 4, 2019, a true and correct copy of the foregoing has been furnished electronically by the CM/ECF system to: **Antoinette Burgess, Esq.**, Law Offices of Fred Tromberg, 4925 Beach Boulevard, Jacksonville, FL 32207.

_____
Attorney

47449641;1